UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cherrity Honesty-Alexis Meranelli, *also known as Eric Sorenson*, | Civ. No. 22-946 (JWB/DTS) |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| State of Minnesota *et al.*, | |
| Defendants. | |

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on February 9, 2024. (Doc. No. 142.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The February 9, 2024 Report and Recommendation (Doc. No. 142) is **ACCEPTED**; and

2. Plaintiff Cherrity Honesty-Alexis Meranelli's Motion to Enforce Settlement Agreement (Doc. No. 129) is **DENIED**.

Date: February 26, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge